## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **SHARON COLLEEN JOHNSON**, | * | **Case No. 11-12738-SSM** |
| | * | Chapter 7 |
| Debtor. | * | |

### TRUSTEE'S OBJECTION TO EXEMPTIONS

Donald F. King, Trustee, by counsel, files this objection to certain exemptions claimed by Sharon Colleen Johnson (the "Debtor") and, in support thereof, states as follows:

1.    The Debtor filed a voluntary chapter 7 petition on April 13, 2011.

2.    Donald F. King (the "Trustee") is the duly qualified and acting chapter 7 trustee in this case.

3.    Pursuant to *Va. Code* § 64.1-151.2, a surviving spouse or, if there is no surviving spouse, a minor child of a decedent can claim certain property as exempt from the claims of the creditors of the decedent.  According to the Debtor's schedule C, the Debtor claims an exemption under *Va. Code* § 64.1-151.2 in a single family home located at 237 Flats Lane, Lancaster, VA 22503.  The Debtor's father held a one-half (1/2) interest in this property at the time of his death in 2008 and his interest in this property is part of his estate.

---

**JAMES W. REYNOLDS, ESQUIRE, VSB NO. 33226**
**Counsel for Donald F. King, Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**9302 Lee Highway, Suite 1100**
**Fairfax, Virginia 22031**
**Direct: 703-218-2134**
**Fax:    703-218-2160**
**E-Mail: Jim.Reynolds@ofplaw.com**

2

4.     The Debtor is neither the surviving spouse nor the minor child of her

father.  In addition, any claim of exemption under *Va. Code § 64.1-151.2* can be

asserted only against the claims of creditors of a decedent and not against the claims of

creditors of that surviving spouse or minor child.  Accordingly the Debtor's claim of

exemption under *Va. Code § 64.1-151.2* is not properly claimed and is not authorized

by law.

5.     Pursuant to *Va. Code § 34-4*, an individual is permitted an exemption in

the amount of $5,000.00 for property.  According to the Debtor's Schedule C filed with

this Court, the Debtor claims exemptions under *Va. Code § 34-4*.

6.     Pursuant to *Va. Code § 34-17*, in order to validly claim an exemption

under *Va. Code § 34-4,* a homestead deed must be filed on or before the fifth day after

the date on which the meeting of creditors is held.  The Debtor's meeting of creditors

was held on June 6, 2011.  According to the results of the Trustee's search of the

Fairfax County, Virginia land records, the Debtor's homestead deed was filed on June

21, 2011, a date beyond the fifth day after the Debtor's meeting of creditors.

7.     The Debtor's claims of exemption under *Va. Code § 34-4* are improper

and not authorized by law.

WHEREFORE, Donald F. King, Trustee, by counsel, requests that the Court

enter an order (i) disallowing the Debtor's claim of exemption under *Va. Code § 64.1-*

*151.2*; (ii) disallowing the Debtor's claims of exemptions under *Va. Code § 34-4; and (iii)*

for such other and further relief as this Court deems just and proper.

**DONALD F. KING, TRUSTEE**
**By Counsel**

3

/s/ James W. Reynolds
JAMES W. REYNOLDS, ESQUIRE
VSB No. 33226
Counsel for Trustee
ODIN, FELDMAN & PITTLEMAN, P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
Direct: 703-218-2134
Fax: 703-218-2160
Email:  Jim.Reynolds@ofplaw.com

#1424446v1 rcdpl - JOHNSON obj to ex 31070/00001

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:                                        *
                                              *
**SHARON COLLEEN JOHNSON**,        *      **Case No. 11-12738-SSM**
                                              *      Chapter 7
Debtor.                              *

## <u>ORDER</u>

THIS MATTER came on upon the objection to Debtor's exemptions filed by

Donald F. King, Trustee, and

IT APPEARING that the objection should be granted; it is therefore

ORDERED that the exemptions claimed by the Debtor pursuant to *Va. Code § 34-4*

and *Va. Code § 64.1-151.2* are disallowed.


Dated: _____          _____
      Alexandria, VA                      STEPHEN S. MITCHELL
                                    United States Bankruptcy Judge


                                    Entered on docket _____

2

I ask for this:

/s/ James W. Reynolds
James W. Reynolds, Esquire
VSB No. 33226
Counsel for Trustee
ODIN FELDMAN & PITTLEMAN PC
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
Direct:   703-218-2134
Fax:      703-218-2160
E-Mail:  Jim.Reynolds@ofplaw.com

3

**PARTIES TO RECEIVE COPIES**

Counsel for Trustee – To be served electronically
Counsel for Debtor – To be served electronically

Sharon C. Johnson
9447 Jenerio Court
Lorton, VA 22079

#1424460v1 rcdpl - JOHNSON obj to ex ORDER 31070/00001