Certificate Number: 03844-VAE-DE-015123262

Bankruptcy Case Number: 11-12850



03844-VAE-DE-015123262

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2011, at 12:39 o'clock PM CDT, Mary Jane Conti completed a course on personal financial management given by internet by Start Fresh Today Instructional, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  June 10, 2011                By:   /s/Shirley Aranda

                                    Name: Shirley Aranda

                                    Title: Educator